UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CLAIM |
| - v - | : | Case No: 07 Civ. 10660 |
| $40,180 in United States currency, Defendant-in-rem. | : | |

------------------------------------------------------------X

RAMON NOVAS, declares under the penalties of perjury that the following statements are true and correct:

1. That I am the owner of Thirty Thousand One Hundred Eighty Dollars ($30,180.00) and was in lawful custody of Ten Thousand Dollars ($10,000.00), which was given to me by Ms. Niorka Mejia, for a total of Forty Thousand One Hundred Eighty Dollars ($40,180.00) seized from me on June 12, 2007, and submit this claim for that money in order to have this matter referred to the United States District Court for the Southern District of New York in accordance with the terms of "Exhibit A," annexed hereto.

2. Please serve all papers and direct all communications concerning this matter upon my attorneys, GOLDSTEIN & WEINSTEIN, 888 Grand Concourse, Bronx, New York 10451, (718) 665-9000.

Sworn to before me this
18th day of December, 2007

_____
RAMON NOVAS

DAVID J. GOLDSTEIN
NOTARY PUBLIC
CITY OF NEW YORK 02GO5017572
CERTIFICATE FILED IN BRONX COUNTY
COMMISSION EXPIRES 09/07/20__



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 29, 2007

CERTIFIED MAIL-RETURN
<u>RECEIPT REQUESTED</u>

Goldstein & Weinstein
Attorney for Ramon Novas
888 Grand Concourse
Bronx, NY 10451

     Re: <u>U.S. v. $40,180.00 in United States Currency</u>
        07 Civ. 10660(CM)

Dear Counsel:

  This letter is to advise you that on November 28, 2007, the United States commenced a civil action in the United States District Court for the Southern District of New York seeking the forfeiture of the above-referenced property pursuant to 21 U.S.C. § 881. A copy of the complaint in this action is enclosed.

  Should you or your client wish to contest the forfeiture, you must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure with the Clerk of the Court no later than thirty five (35) days of the date of this letter. Thereafter, within twenty (20) days after filing a claim, you must file your answer to the complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which you may have pending, and failure to do so could result in the entry of a default judgment against the property.

         Very truly yours,

         MICHAEL J. GARCIA
         United States Attorney

     By: _____
     Sharon Frase
     Assistant United States Attorney
     Tel. No.: (212) 637-2329
     Fax No:   (212) 637-0421

Enclosure