GOLDSTEIN & WEINSTEIN
Attorneys for Claimant, RAMON NOVAS
By: David J. Goldstein
888 Grand Concourse
Bronx, New York 10451
(718) 665-9000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                         Plaintiff,                        VERIFIED ANSWER

      -against-

                                                    07 Civ. 10660 (CM)

$40,180 in United States currency,

                         Defendant-in-rem.
-----------------------------------------------------------------------X

      Claimant, RAMON NOVAS, by his attorneys, GOLDSTEIN & WEINSTEIN, answering the complaint of the plaintiff, respectfully alleges and shows this court as follows:

      FIRST: Denies the allegations in the complaint herein designated as 8, 10, 11.

      SECOND: Denies sufficient information to form a belief as to the truth or accuracy of the allegations of the complaint herein designated as 4, 5, except admits that claimant was in his vehicle when he was stopped by the police, 6, 7.

      WHEREFORE, claimant, RAMON NOVAS, demands judgement as follows:

      (a)    dismissing the plaintiff's complaint; and

      (b)    directing the return of the money which is the subject of this action

      (c)    together with the costs and disbursements of this action;

      (d)    together with such other and further relief as the court deems just and proper.

DATED:   December 26, 2007
         Bronx, New York

                                        YOURS, etc.,

                                        GOLDSTEIN & WEINSTEIN

                                  BY:   _____
                                        DAVID J. GOLDSTEIN

                                        Attorneys for Claimant
                                        888 Grand Concourse
                                        Bronx, New York 10451
                                        (718) 665-9000

TO:      MICHAEL J. GARCIA
         United States Attorney
         Southern District of New York
         1 St. Andrews Plaza
         New York, New York 10007

         Att:   AUSA Sharon E. Frase

## VERIFICATION

STATE OF NEW YORK )
COUNTY OF BRONX :
SOUTHERN DISTRICT OF NEW YORK )

RAMON NOVAS, being duly sworn, deposes and says:

1. That he is the claimant in this case, and has read the foregoing answer, and knows the contents thereof, and that the answer is true to the best of his own knowledge, information and belief.

_____
RAMON NOVAS

Sworn to before me this
26th day of December, 2007

**DAVID J. GOLDSTEIN
NOTARY PUBLIC
CITY OF NEW YORK 02GO5017572
CERTIFICATE FILED IN BRONX COUNTY
COMMISSION EXPIRES 09/07/20\_\_**